WILSON PETTY KOSMO & TURNER LLP
CLAUDETTE G. WILSON (110076)
KRISTA M. CABRERA (190595)
550 West C Street, Suite 1050
San Diego, California 92101
Telephone: (619) 236-9600
Facsimile: (619) 236-9669
E-mail: cwilson@wpkt.com
E-mail: kcabrera@wpkt.com

Attorneys for Defendants
DIGIRAD CORPORATION, DIGIRAD IMAGING
SOLUTIONS, INC., AND DIGIRAD IMAGING
SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Andrea Toll, Eric Hager, Melissa Starling, John Elford, Mike Quesada, Keith Romano, Lee Verceles, David Stiers, Mark Wagner, Enoch Brown, Tom Niklewski, Quinn Ranson, John Goetsch, John Valenton, Ben Bennet, Mark Axworthy and Ron Ledbetter,<br><br>Plaintiffs,<br><br>v.<br><br>Digirad Corporation, Digirad Imaging Solutions, Inc., Digirad Imaging Systems, Inc., and DOES 1 through 50,<br><br>Defendants. | Case No. C06-01217 WHA JL (MED)<br>[Related to Case No. C 06 2295 WHA]<br><br>STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER [F.R.C.P. 41]<br><br>Complaint Filed: February 17, 2006<br><br><br>Dept.: 9<br>Judge: Hon. William H. Alsup<br>Trial Date: April 30, 2007 |

Plaintiffs ANDREA TOLL, ERIC HAGER, MELISSA STARLING, JOHN ELFORD, MIKE QUESADA, KEITH ROMANO, LEE VERCELES, DAVID STIERS, MARK WAGNER, ENOCH BROWN, TOM NIKLEWSKI, QUINN RANSON, JOHN GOETSCH, JOHN VALENTON, BEN BENNET, MARK AXWORTHY and RON LEDBETTER and Defendants DIGIRAD CORPORATION, DIGIRAD IMAGING SOLUTIONS, INC., DIGIRAD IMAGING SYSTEMS, INC. by and through their respective attorneys of record, and pursuant to the terms of their Settlement Agreement incorporated herein by reference, hereby stipulate and agree that this

1

Case 3:06-cv-01217-WHA Document 53 Filed 10/10/2006 Page 2 of 2

action shall be dismissed with prejudice in its entirety, and that each party shall bear their own attorneys' fees and costs.

SO STIPULATED.

Dated: September 8, 2006     FOSTER & ASSOCIATES

By: _____
DAVID J. CARDIFF
MICHAEL W. FOSTER
Attorneys for Plaintiffs

Dated: October 10, 2006     WILSON PETTY KOSMO & TURNER LLP

By: _____
CLAUDETTE G. WILSON
KRISTA M. CABRERA
Attorneys for Defendants
DIGIRAD CORPORATION, DIGIRAD IMAGING SOLUTIONS, INC., and DIGIRAD IMAGING SYSTEMS, INC.

**ORDER**

IT IS SO ORDERED.

Dated: October 10, 2006

_____
HON. WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT JUDGE

*[Seal: IT IS SO ORDERED / Judge William Alsup / United States District Court / Northern District of California]*